**This document was signed electronically on February 05, 2009,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_Pat E. Morgenstern-Clarren_
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

**Dated: February 05, 2009**

200734890
(ncd)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE: | Case No. 07-15301

Mozella P. Thomas | Chapter 13
| Judge Morgenstern-Clarren

    Debtor

| **AGREED ORDER FOR RELIEF FROM
STAY OF U.S. BANK N.A.
(PROPERTY ADDRESS: 1473 EAST
109TH STREET, CLEVELAND, OHIO
44106)**

   This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed

by U.S. Bank N.A. ("Movant").

   Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel

for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and

with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows:  The post-petition arrearage due as of January 19, 2009, is $2,798.88, which amount consists of 4 payments (10/08 through 01/09) at $790.94 each, 4 late charges (10/08 through 01/09) at $28.73 each, and less suspense balance of $719.80.**

**In order to cure the remaining post-petition arrearage, Debtor agrees to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:**

    a.      **$466.48 on or before 02/20/09;**
    b.      **$466.48 on or before 03/20/09;**
    c.      **$466.48 on or before 04/20/09;**
    d.      **$466.48 on or before 05/20/09;**
    e.      **$466.48 on or before 06/20/09; and**
    f.      **$466.48 on or before 07/20/09.**

**Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months.  All payments shall be tendered to:**

**U.S. Bank Home Mortgage**
**4801 Frederica Street**
**Owensboro, KY 42301**

**This payment address is subject to change.**

**Failure by the Debtor to make any payment described above shall constitute a default.**

**IT IS THEREFORE, ORDERED:**

l.      The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due 02/01/09.  Failure by the Debtor to make any payment within **15** days of the date due shall constitute a default.

2.      Upon the existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3.     If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.  **The only ground for objection to such an Order shall be that payments were timely made.**

**The parties agree to amend the order if it is discovered the debtor made payments that were not credited, and if the Creditor acknowledges such payments.**

###

SUBMITTED BY:


/s/ Steven H. Patterson                        /s/ Alexander V. Sarady
Steven H. Patterson, Case Attorney             Alexander V. Sarady, Case Attorney
LERNER, SAMPSON & ROTHFUSS                      Ohio Supreme Court #  0075500
Ohio Supreme Court #0073452                     Rauser & Associates
Romi T. Fox, Attorney                           614 W. Superior Avenue, #950
Ohio Supreme Court #0037l74                     Cleveland, Ohio 44113
A Legal Professional Assoc.                     (216)263-6200
P.O. Box 5480                                   mresar@ohiolegalclinic.com
Cincinnati, Ohio  45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Attorneys for Movant,                           Attorney for Debtor(s),
U.S. Bank N.A.                                  Mozella P. Thomas

COPIES TO:

National Check Bureau
10625 Techwood Circle
Cincinnati, Ohio 45242

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Steven H. Patterson, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480

Alexander V. Sarady Esq.
614 W. Superior Avenue, #950
Cleveland, Ohio 44113
mresar@ohiolegalclinic.com

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH  44114-2314

Mozella P. Thomas,
1473 East 109th Street
Cleveland, Ohio 44106